IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 09-cv-01445-WDM-MEH

CHEVRON INTELLECTUAL PROPERTY, LLC. and
CHEVRON U.S.A., INC.,

      Plaintiffs,

v.

JIMMY BURNS, and
WOLF CREEK RANCH SKI LODGE, LLC.,

      Defendants.

_____

## ORDER OF RECUSAL
_____

Pursuant to 28 U.S.C. § 455, the undersigned recuses himself for service in the

above captioned matter because a member of his family is a partner in Holland & Hart,

attorneys for one or more of the parties, and directs that this case be returned to the Clerk

for reassignment by random draw.

DATED at Denver, Colorado, on June 23, 2009.

                                BY THE COURT:

                                s/ Walker D. Miller
                                United States Senior District Judge

PDF FINAL